```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  P. GREG PARHAM
    California Bar No. 140310
 6  Special Assistant United States Attorney
    Asset Forfeiture Section
 7       Federal Courthouse, 14th Floor
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone:  (213) 894-0304
 9       Facsimile:   (213) 894-7177
         E-mail: Greg.Parham@usdoj.gov
10                                                       JS-6
    Attorneys for Plaintiff
11  United States of America
```

**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CV 07-2214 PSG(CTx) |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] |
| v. | ) | |
| | ) | **CONSENT JUDGMENT OF** |
| $31,425.00 IN U.S. CURRENCY, | ) | **FORFEITURE** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| EMMETT CARTER, | ) | |
| | ) | |
| Claimant. | ) | |

   This action was filed on April 4, 2007.  Notice was given and published in accordance with law.  Claimant Emmett Carter ("claimant") filed a verified claim on May 10, 2007, and an answer

on June 30, 2007.  No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired.  Plaintiff and claimant have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant $31,425.00 in U.S. currency ("defendant currency") other than claimant are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $21,425.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. $10,000.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid to claimant Emmett Carter, and be returned in care of her attorney, Austin R. Dove.  Said funds shall be forwarded by a check made payable in the amount of $10,000.00 to "The Law Offices of Austin R. Dove" and shall be mailed to Austin R. Dove, 3325 Wilshire Blvd.,

|     |     |     |
| --- | --- | --- |
| 1   |     | Seventh Floor, Los Angeles, CA 90010. |
| 2   | 5.  | Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise. |
| 10  | 6.  | The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465. |

Dated: 5/19/08

<u>PHILIP S. GUTIERREZ</u>
THE HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

3

```
 1    Approved as to form and content:

 2    Dated:              , 2008      THOMAS P. O'BRIEN
                                      United States Attorney
 3                                    CHRISTINE C. EWELL
                                      Assistant United States Attorney
 4                                    Chief, Criminal Division
                                      STEVEN R. WELK
 5                                    Assistant United States Attorney
                                      Chief, Asset Forfeiture Section
 6
                                      _____
 7                                    P. GREG PARHAM
                                      Special Assistant United States Attorney
 8                                    Asset Forfeiture Section

 9                                    Attorneys for Plaintiff
                                      United States of America
10

11    Dated:              , 2008

12                                    _____
                                      AUSTIN R. DOVE
13                                    Attorney for Claimant
                                      EMMETT CARTER
14
```